[No. 42954-0-I.    Division One.    February 14, 2000.]

EDWARD S. DENN, *Appellant*, v. JOHN O. ANDERSON, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-32727-9, Timothy Bradbury, J. Pro Tem.,
entered June 29, 1998. *Reversed* by unpublished opinion
per Becker, J., concurred in by Coleman and Webster, JJ.

[No. 43059-9-I.    Division One.    February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE W. POOLE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-03710-3, Charles W. Mertel, J., entered
June 22, 1998. *Dismissed* by unpublished per curiam
opinion.

[No. 43477-2-I.    Division One.    February 14, 2000.]

NEWHALL JONES, INC., *Appellant*, v. CLASSIC CEDAR
CONSTRUCTION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-04541-0, Richard D. Eadie, J., entered
September 21, 1998. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Ellington and Appelwick, JJ.

[No: 43657-1-I.    Division One.    February 14, 2000.]

HARVINDER KAUR, *Appellant*, v. DOUGLAS VERNON HALTER,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-00577-7, LeRoy McCullough, J., entered
October 30, 1998. *Affirmed* by unpublished opinion per Ap-
pelwick, J., concurred in by Agid, A.C.J., and Baker, J.